UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
:
ALADDIN CAPITAL HOLDINGS LLC,          :
:       CIVIL ACTION NO.
Plaintiff,        :
:
v.                                     :
:
HARUMI AOTO DONOYAN,                   :
:       APRIL 25, 2011
Defendant.        :
---------------------------------------------------------------x

## MOTION FOR ORDER TO SHOW CAUSE

Plaintiff Aladdin Capital Holdings LLC (referred to hereinafter as "ACH") respectfully moves this Court for an Order, in the form annexed hereto as Exhibit A, requiring Defendant Harumi Aoto Donoyan ("Ms. Donoyan") to appear before this Court at such time and place as the Court may fix, to show cause why a Preliminary Injunction should not be issued as prayed for in Plaintiff's Motion for Preliminary Injunction.

PLAINTIFF,
ALADDIN CAPITAL HOLDINGS LLC

By /s/ Daniel L. Schwartz
  Daniel L. Schwartz (ct 09862)
  Jaclyn K. Leung (ct 27399)
  Day Pitney LLP
  One Canterbury Green
  Stamford, CT 06901-2047
  Phone: (203) 977-7300
  dlschwartz@daypitney.com
  jleung@daypitney.com
  Its Attorneys

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
                                                                                     :

ALADDIN CAPITAL HOLDINGS LLC,      :

                                                    :     CIVIL ACTION NO.

               Plaintiff,                        :

v.                                                      :

HARUMI AOTO DONOYAN,              :

                                                    :     APRIL __, 2011

              Defendant.                     :
-----------------------------------------------------------x

## ORDER TO SHOW CAUSE

       WHEREAS, it appears from Plaintiff Aladdin Capital Holdings LLC's Motion for Order to Show Cause, Motion for Preliminary Injunction, Memorandum of Law in Support of Motion for Preliminary Injunction, and Complaint that an Order should issue directing the Defendant, Harumi Aoto Donoyan, to appear before the Court to show cause why a Preliminary Injunction should not issue against her;

       NOW THEREFORE, it is Ordered that the Defendant be summoned to appear before the United States District Court for the District of Connecticut at _____, Connecticut, in Courtroom ___ on _____, 2011, at _____, then and there to show cause why a Preliminary Injunction should not be issued against the Defendant as prayed for in the Complaint. It is further Ordered, that a copy of the foregoing shall be served on said Defendant on or before _____, 2011. SO ORDERED.

       Dated this ____ day of _____, 2011.

                                                                                   _____
                                                                                  United States District Judge