UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------x
                                                           :
ALADDIN CAPITAL HOLDINGS LLC,                              :
                                                           :    CIVIL ACTION NO.
            Plaintiff,                                     :
                                                           :
v.                                                         :
                                                           :
HARUMI AOTO DONOYAN,                                       :
                                                           :    APRIL 25, 2011
            Defendant.                                     :
-----------------------------------------------------------x
```

## MOTION FOR EXPEDITED DISCOVERY

Pursuant to Federal Rule of Civil Procedure 26(d), Plaintiff Aladdin Capital Holdings LLC (referred to hereinafter as "ACH") hereby respectfully moves for an order permitting expedited discovery in the above-captioned matter. Such expedited discovery is necessary and appropriate to enable the parties to prepare for the Order to Show Cause Hearing regarding ACH's Motion for Preliminary Injunction. In connection therewith, ACH requests that this Court issue an order authorizing the following expedited discovery:

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

1. Each party shall be authorized to propound to the other party not more than fifteen (15) separate requests, with no subparts, for the production of documents within three (3) business days from the receipt of this Order from the Court; and

2. Each party shall be obligated to produce documents in response to such requests within seven (7) business days of the receipt of such request; and

3. Each party shall be authorized to select and depose two (2) fact witnesses within three (3) business days of the production of the documents described above in paragraph 2; and

4. Such depositions shall be limited to not more than three (3) hours in length; and

5. All discovery described herein shall be limited to the issues alleged in ACH's Complaint in this action.

PLAINTIFF,
ALADDIN CAPITAL HOLDINGS, LLC

By /s/ Daniel L. Schwartz
    Daniel L. Schwartz (ct 09862)
    Jaclyn K. Leung (ct 27399)
    Day Pitney LLP
    One Canterbury Green
    Stamford, CT 06901
    (203) 977-7300 Phone
    (203) 977-7301 Facsimile
    dlschwartz@daypitney.com
    jleung@daypitney.com
    Its Attorneys
