**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
---------------------------------------------------------------x
                                                               :
ALADDIN CAPITAL HOLDINGS LLC,                                  :
                                                               :    CIVIL ACTION NO.
              Plaintiff,                                       :    3:11-CV-00655
                                                               :
v.                                                             :
                                                               :
HARUMI AOTO DONOYAN,                                           :
                                                               :    APRIL 25, 2011
              Defendant.                                       :
---------------------------------------------------------------x
```

**<u>NOTICE OF APPEARANCE</u>**

    Please enter the appearance of the undersigned on behalf of the Plaintiff, Aladdin Capital Holdings LLC, in the above-referenced matter.

                                          PLAINTIFF,
                                          ALADDIN CAPITAL HOLDINGS LLC


                                          By      /s/ Jaclyn K. Leung
                                                Jaclyn K. Leung (ct27399)
                                                Day Pitney LLP
                                                One Canterbury Green
                                                Stamford, Connecticut  06901
                                                (203) 977-7300
                                                (203) 977-7301(fax)
                                                jleung@daypitney.com
                                                 Its Attorneys

## CERTIFICATION OF SERVICE

      I hereby certify that on April 25, 2011 a copy of foregoing **Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's CM/ECF system.

                                                  /s/ Jaclyn K. Leung
                                                    Jaclyn K. Leung