# EXHIBIT C

Case 3:11-cv-00655-MRK   Document 12   Filed 04/25/11   Page 1 of 4

# AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT

## OF

## ALADDIN CAPITAL HOLDINGS LLC

**Section 11.14. <u>Non-Competition; Non-Solicitation</u>**. Each Executive Officer and any other Person who is a Member employed by the Company agrees that, while he (or any Affiliate) is a Member in the Company and for the period of time specified below thereafter (unless such Person's employment is terminated by the Company without Cause, in which event the period of time applicable to (a) below shall be six (6) months (the period of time during which the Company continues to pay the salary and benefits of the employee)), each such Person:

(a) shall not, for a period of one (1) year, be engaged, directly or indirectly, as an agent, employee, manager, consultant, principal, representative, partner, officer, director, stockholder, proprietor, owner or otherwise of any Person engaged in competition with the Company or any of its Subsidiaries, <u>provided</u>, <u>however</u>, that nothing in this <u>Section 11.14</u> shall prohibit any Member from holding for investment no more than two percent (2%) of any class of securities of a company that has its securities traded on a national securities exchange or on the over-the-counter market, or from holding any securities that such Member holds as of the date of this Agreement.

(b) shall not, for a period of three (3) years, in any way, for his own account, or for the account of any Person engaged or attempting to become engaged in the same or a similar business as the Company or its Subsidiaries, directly or indirectly through others, sell to, solicit, contact or serve any Person that is a customer or prospective customer (as defined below) of the Company or its Subsidiaries; and

(c) shall not, for a period of three (3) years, directly or indirectly contact or attempt to persuade any customer or prospective customer, partner, agent or employee of the Company or its Subsidiaries to terminate his, her or its relationship with the Company or its Subsidiaries or do any act that may result in the impairment of the relationship between the Company or its Subsidiaries and their respective customers or prospective customers, agents or employees.

For the purpose of this <u>Section 11.14</u>, a "customer or prospective customer" includes a Person: (i) to whom or which the Company or its Affiliates has provided services or products at any time in the three (3) years prior to the date such Member ceases to be a Member; (ii) for whom or which a contract has been in effect through or as a result of the services or product sales of the Company or its Affiliates at any time in the three (3) years prior to the date such Member ceased to be a Member; or (iii) with whom or which negotiations had been conducted on behalf of the

Company or its Affiliates for the purpose of providing services or products at any time in the three (3) years prior to the date such Member ceased to be a Member.