Form 1 - PERSONAL WITH MILITARY                                                                NI

**DAY PITNEY LLP** DAY PITNEY LLP
US DISTRICT COURT DISTRICT OF CONNECTICUT

---

|  |  |
|---|---|
| ALADDIN CAPITAL HOLDINGS LLC | Index No. **11-CV-00655-MRK** |
| PLAINTIFF | Date Filed |
| - vs - |  |
| HARUMI AOTO DONAYAN |  |
| DEFENDANT | Office No. **703783-000080** |
|  | Court Date. |

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**KEVIN J LOPEZ** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the **28TH** day of **APRIL, 2011 8:50PM** at
**65 THE NECK PH SERVED IN FRONT OF HOUSE
MANHASSET NY 11030**
I served the **SUMMONS AND COMPLAINT,MOTION FOR PRELIMINARY INJUNCTION, MEMO OF LAW IN SUPPORT FOR PRELIMINARY INJUNCTION, MOTION FOR EXPEDITED DISCOVERY, MEMO OF LAW IN SUPPORT FOR EXPEDITED DISCOVERY, MOTION FOR ORDER TO SHOW CAUSE AND JUDGE KRAVITZ ORDERS.**
upon **HARUMI AOTO DONOYAN**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **HARUMI AOTO DONOYAN**
said **DEFENDANT** personally.
Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

SEX: **FEMALE** COLOR: **ASIAN** HAIR: **BLACK**
APP.AGE: **45** APP. HT: **5/6** APP. WT: **140**
OTHER IDENTIFYING FEATURES

That at the time of service, as aforesaid, I asked the **DEFENDANT** whether he/she was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
29TH day of APRIL, 2011

JOEL GOLUB
Notary Public, NASSAU COUNTY
01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2013

KEVIN J LOPEZ 1314946
AETNA JUDICIAL SERVICE INC
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7-DP-140521