UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
ALADDIN CAPITAL HOLDINGS LLC,   :
                                :  CIVIL ACTION NO. 3:11cv655
        Plaintiff,              :
                                :
v.                              :
                                :
HARUMI AOTO DONOYAN,            :  May
                                :  A̶P̶R̶I̶L̶ 10, 2011
        Defendant.              :
---------------------------------------------------------------x

### ORDER TO SHOW CAUSE

WHEREAS, it appears from Plaintiff Aladdin Capital Holdings LLC's Motion for Order to Show Cause, Motion for Preliminary Injunction, Memorandum of Law in Support of Motion for Preliminary Injunction, and Complaint that an Order should issue directing the Defendant, Harumi Aoto Donoyan, to appear before the Court to show cause why a Preliminary Injunction should not issue against her;

NOW THEREFORE, it is Ordered that the Defendant be summoned to appear before the United States District Court for the District of Connecticut at  New Haven , Connecticut, in Courtroom 310 on  June 23 , 2011, at 9:00 a.m., then and there to show cause why a Preliminary Injunction should not be issued against the Defendant as prayed for in the Complaint. It is further Ordered, that a copy of the foregoing shall be served on said Defendant on or before  May 13 , 2011. SO ORDERED.

Dated this 10th day of  May , 2011.

                                    /s/     Mark R. Kravitz
                                            United States District Judge