UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALADDIN CAPITAL HOLDINGS LLC, | : | CIVIL ACTION NO.: 3:11-CV-00655 (MRK) |
| Plaintiff, | : | |
| v. | : | |
| HARUMI AOTO DONOYAN, | : | |
| Defendant. | : | MAY 11, 2011 |

### APPEARANCE

Please enter the appearance of the undersigned on behalf of Harumi Aoto Donoyan, Defendant, in the above-captioned matter.

HARUMI AOTO DONOYAN,

/s/ Patricia E. Reilly
Patricia E. Reilly (ct08352)
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street, 3rd Floor
New Haven, Connecticut 06510
Tel. 203.974.8703
Fax 203.907.1914
preilly@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Patricia E. Reilly
Patricia E. Reilly (ct08352)