Form 4 - PERSONAL

DAY PITNEY LLP  DAY PITNEY LLP
US DISTRICT COURT DISTRICT OF CONNECTICUT

---

ALADDIN CAPITAL HOLDINGS LLC

                        PLAINTIFF

- vs -

HARUMI AOTO DONAYAN

                        DEFENDANT

---

index No.
11-CV-00655-MRK
Date Filed

Office No. 703783-000080
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**CARL MILLER** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **12TH** day of **MAY, 2011 10:02AM** at

    **65 THE NECK PH SERVED IN FRONT OF HOUSE**
    **MANHASSET NY 11030**

I served the **SUMMONS AND COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION, MEMO OF LAW IN SUPPORT FOR PRELIMINARY INJUNCTION, MOTION FOR EXPEDITED DISCOVERY, MEMO OF LAW IN SUPPORT FOR EXPEDITED DISCOVERY, MOTION FOR ORDER TO SHOW CAUSE AND JUDGE KRAVITZ ORDERS.**
upon **HARUMI AOTO DONOYAN**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **HARUMI AOTO DONOYAN**
said **DEFENDANT** personally.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

    SEX: **FEMALE** COLOR: **ASIAN** HAIR: **BLACK**

    APP.AGE: **40** APP. HT: **5/3** APP. WT: **120**

    OTHER IDENTIFYING FEATURES

DEPONENT SERVED DEFENDANT AFTER WAITING OUTSIDE THE HOUSE FROM 6AM-10:02AM, DEPONENT SERVED DEFENDANT, HARUMI AOTO DONOYAN AS SHE WAS ENTERING HER CAR WITH HER LIVE-IN HOUSEKEEPER PRESENT. HOUSEKEEPER ENTERED THE DRIVER DOOR AND DEFENDANT WAS SERVED ENTERING PASSENGER DOOR OF THE CAR. DEPONENT ASKED DEFENDANT, HARUMI AOTO DONOYAN IF SHE WAS THE DEFENDANT AND SHE REPLIED THAT SHE WAS THE DEFENDANT HARUMI AOTO DONOYAN AND THAT SHE ALREADY RECEIVED THE PAPERS. PRIOR TO ATTEMPTING TO MAKE SERVICE, I WAS PROVIDED WITH A PICTURE OF DEFENDANT HARUMI AOTO DONOYAN. A TRUE AND CORRECT COPY OF THE PICTURE GIVEN TO ME IS ATTACHED TO THIS AFFIDAVIT. I RECOGNIZED THE PERSON DEPICTED IN THAT PICTURE TO BE THE SAME INDIVIDUAL DEFENDANT THAT I SERVED.

Sworn to before me this
12TH day of MAY, 2011

SAMSON NEWMAN
Notary Public, NEW YORK COUNTY
01NE4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2013

CARL MILLER 790101
AETNA JUDICIAL SERVICE INC
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7-DP-142792