UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
ALADDIN CAPITAL HOLDINGS LLC,           :
                                         :    CIVIL ACTION NO.
           Plaintiff,                    :    3:11-CV-00655 (MRK)
                                         :
v.                                       :
                                         :
HARUMI AOTO DONOYAN,                     :
                                         :    JUNE 9, 2011
           Defendant.                    :
------------------------------------------------------------x

## NOTICE OF EXPEDITED APPEAL

Notice is hereby given that Aladdin Capital Holdings LLC, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit, seeking expedited review of an interlocutory Ruling and Order in this action dated June 8, 2011, in which the United States District Court for the District of Connecticut denied Plaintiff's Motion for Preliminary Injunction as Moot. A copy of the Ruling and Order entered thereon is attached as Exhibit A hereto.

                                    PLAINTIFF,
                                    ALADDIN CAPITAL HOLDINGS LLC


                                By  /s/ Daniel L. Schwartz
                                    Daniel L. Schwartz, Esq. (ct09862)
                                    Jaclyn K. Leung, Esq. (ct27399)
                                    Day Pitney LLP
                                    One Canterbury Green
                                    Stamford, CT 06901
                                    Telephone: (203) 977-7300
                                    Facsimile: (203) 977-7301
                                    dlschwartz@daypitney.com
                                    jleung@daypitney.com
                                    Its Attorneys

71663466.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2011, a copy of this Notice of Expedited Appeal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel L. Schwartz
Daniel L. Schwartz, Esq.